Brad P. Miller ISB No. 3630
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: bpm@hteh.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEBRA BIRMINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE HOFF COMPANIES, INC. d/b/a ) <br> WESTERN WINDOWS, AND MICHAEL ) <br> KOBER, ) <br> ) <br> Defendants ) <br> ) | Case No. CIV 04-029-S-EJL <br><br> STIPULATION FOR DISMISSAL |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by Plaintiff and Defendants, by and through their respective counsel of record, that the above-entitled action has been fully and finally settled and should be dismissed with prejudice, each party to bear its own costs and attorney fees.

STIPULATION FOR DISMISSAL - 1

DATED THIS  30th  day of March, 2005.

                           HAWLEY TROXELL ENNIS & HAWLEY LLP

                           By _____
                               Brad P. Miller
                         Attorneys for Defendants
                         The Hoff Companies, Inc., dba Western Windows
                         and Michael Kober

DATED THIS  30th  day of March, 2005.

                           HUNTLEY PARK, LLP

                           By _____
                               William H. Thomas
                         Attorneys for Plaintiff Debra Birmingham

STIPULATION FOR DISMISSAL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __30th__ day of March, 2005, I electronically filed the foregoing STIPULATION FOR DISMISSAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

William H. Thomas   wmthomas@huntleypark.com
Huntley Park, LLP
250 S. Fifth Street, Suite 660
P.O. Box 2188
Boise, ID  83701

_/s/ B.P.C._
Brad P. Miller

STIPULATION FOR DISMISSAL - 3